EXHIBIT B

Exhibit "B"

04/21/2018

ID-87CEB86E

The infringing domain:
http://www.anagowns.com/

To Whom it May Concern:

I am the authorized agent of Maggie Sottero Designs to submit claims of copyright infringement under the Digital Millennium Copyright Act ("DMCA"). On behalf of Maggie Sottero Designs, please be advised that this message serves as the 4th formal notice under the DMCA that a website that your company hosts according to information published on the WHOIS directory is illegally duplicating and reproducing at least one copyrighted work owned by Maggie Sottero Designs. The website publishing the infringing content can be found at http://www.anagowns.com/. Maggie Sottero Designs has previously provided you with formal notice pursuant to the DMCA of http://www.anagowns.com/'s illegal conduct in connection with 94312D93, 7489BF8A, and 6D8BA965.

http://www.anagowns.com/ has illegally copied a copyrighted image onto your servers without authorization or permission from Maggie Sottero Designs.  The original image, to which Maggie Sottero Designs owns exclusive copyrights, can be found here: http://maggiesottero.counterfeit.technology/originals.php?id=915.

The unauthorized and infringing image can be found at:  http://www.anagowns.com/cache/image/_/1660328-champagne-1_420x595.jpg.

Please allow this letter to serve as the 4th official notification under Section 512(c) of the DMCA and Maggie Sottero Designs's formal request to seek removal of the aforementioned infringing material from your servers and immediate termination of this account due to it being a repeat infringer under the DMCA.

Because you have ignored several previous requests to remove or disable access to the infringing images, you are no longer immune from liability under the DMCA "safe harbor" provisions and are directly subject to civil liability for failing to investigate and respond to these complaints in an appropriate manner.

This notice is being provided in good faith and with the reasonable belief that Maggie Sottero Designs's copyright rights are being infringed.  Under penalty of perjury, the undersigned certifies that the information contained in this notification is both true and accurate, and has the authority to act on behalf of the owner of the copyrights identified in this complaint.

Nothing in this letter shall serve as a waiver of any rights or remedies of Maggie Sottero Designs with respect to the alleged infringement, all of which are expressly reserved.

/s/

Armen Petrossian

Authorized Agent for Maggie Sottero Designs

8 Neshaminy Interplex Drive, Suite 117

Trevose, Pennsylvania 19053 U.S.A.

+1 (864) 663-2537

complaints@counterfeittechnology.com


Thank you,
Counterfeit Technology Team

© 2014 - 2018