| Attorney or Party without Attorney:<br>OWENS & GACH RAY<br>Robert B. Owens (77671)<br>10323 Santa Monica Blvd., Suite 102<br>Los Angeles, CA 90025<br>   Telephone No: 310-553-6611<br>   Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* MON CHERI BRIDALS, LLC, et al.
*Defendant:* CLOUDFLARE, INC., a Delaware corporation

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-cv-09453-MWF-AS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties (LOCAL RULE 7.1-1), Notice to Parties of Court-Directed ADR Program, Notice of Assignment to United States Judges

3. a. Party served: CLOUDFLARE, INC., a Delaware corporation
   b. Person served: Trisha Rosano, Registered Agent Solutions, Inc., Registered Agent
      Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1220 S. Street, Suite 150, Sacramento, Ca 95811

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Nov 09 2018 (2) at: 02:34 PM

6. **Person Who Served Papers:**
   a. Jacobbi Williams (1314, Alameda County)
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

11/15/2018
(Date)                                (Signature)



PROOF OF SERVICE

2805940
(3791492)