ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC and MAGGIE SOTTERO DESIGNS, LLC, | Case No.: 2:18-cv-09453-MWF-AS |
| Plaintiffs, | **STIPULATION FOR BRIEFING SCHEDULE ON MOTIONS** |
| v. | |
| CLOUDFLARE, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | Complaint Served:  Nov. 9, 2018<br>Current Response Date:  Dec. 31, 2018<br>Proposed Response Date: Jan. 16, 2019 |
| Defendants. | |

The parties hereby stipulate to, and request the Court's approval for, a briefing schedule on Cloudflare's intended motion to dismiss the action under Rule 12(b)(6), Fed. R. Civ. P., and motion to transfer the case for convenience of witnesses under 28 U.S.C. § 1404(a) as follows:

1.       Cloudflare may file the motions and associated papers by January 16, 2019.

2.      Plaintiffs may file opposition papers by February 1, 2019.

3.      Cloudflare may file reply papers by February 14, 2019.

4.      Cloudflare may notice a hearing on the motions for March 4, 2019.

If Cloudflare decides not to file a motion to dismiss the action, its responsive pleading to the existing complaint shall be due on January 16, 2019.  If plaintiffs amend their complaint before Cloudflare files a motion to dismiss the original complaint, Cloudflare may have 30 days to respond to the amended complaint and the schedule above shall not apply to any motion on the amended complaint. Normal timing rules on a motion to dismiss any amended complaint would apply to that motion unless the Court approves a different briefing schedule.

There is good cause for the Court's approval of the stipulation.  The purpose of this proposed schedule is to allow the parties to determine whether they may avoid the need for the motions and, if they cannot, to accommodate existing schedule conflicts.  The accompanying Declaration of Andrew P. Bridges explains that further.

The parties previously stipulated that Cloudflare would have until December 31, 2018 to respond to the complaint.  (Cloudflare's interim counsel joined in that stipulation.)  The briefing schedule that the parties now propose will not affect any other event in this case or delay proceedings in any way.

Dated:  December 26, 2018          FENWICK & WEST LLP


By: /s/Andrew P. Bridges
    Andrew P. Bridges
    Armen N. Nercessian
    Meghan E. Fenzel

Attorneys for Defendant
CLOUDFLARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

Dated:  December 26, 2018          OWENS & GACH RAY

                                   By:*/s/Robert B. Owens*
                                       Robert B. Owens

                                   Attorneys for Plaintiffs
                                   MON CHERI BRIDALS, LLC and
                                   MAGGIE SOTTERO DESIGNS, LLC

## **ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.


Dated:  December 26, 2018          By: */s/Andrew P. Bridges*
                                       Andrew P. Bridges

Fenwick & West LLP
Attorneys at Law