UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 18-9453-MWF (ASx)  **Date:** **February 14, 2019**
Title:   Mon Cheri Bridals, LLC v. Cloudflare, Inc., et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

   Deputy Clerk:                    Court Reporter:
   Rita Sanchez                     Not Reported

   Attorneys Present for Plaintiff:     Attorneys Present for Defendant:
   None Present                     None Present

**Proceedings (In Chambers):**   ORDER RE: DEFENDANT CLOUDFLARE, INC'S
MOTION TO DISMISS FOR FAILURE TO STATE
A CLAIM [23] AND MOTION TO TRANSFER
CASE TO THE NORTHERN DISTRICT OF
CALIFORNIA FOR THE CONVENIENCE OF
PARTIES AND WITNESSES [24]

On January 16, 2019, Defendant Cloudflare, Inc. ("Cloudflare") filed a Motion
to Dismiss for Failure to State a Claim ("Motion to Dismiss"). (Docket No. 23). Also
on January 16, 2019, Cloudflare filed a Motion to Transfer Case to the Northern
District of California for the Convenience of Parties and Witnesses ("Motion to
Transfer"). (Docket No. 24). Both motions are noticed to be heard on March 4, 2019.

On February 6, 2019, 21 days after the motions were filed, Plaintiffs Mon Cheri
Bridals, LLC and Maggie Sottero Designs, LLC filed a First Amended Complaint
("FAC"). (Docket No. 28). Federal Rule of Civil Procedure 15(a)(1)(B) allows
Plaintiffs to amend the Complaint once as of right within 21 days of the filing of a
motion under Rule 12(b). *Id.*

Accordingly, the Motion to Dismiss is **DENIED** *as moot*.

As to the Motion to Transfer, the Court **ORDERS** Cloudflare to file its Reply in
support of the Motion to Transfer by no later than **February 22, 2019**, addressing the
additional question of whether the Motion to Transfer remains appropriate in light of
the FAC. Plaintiff may file a Supplemental Opposition of no more than three pages by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 18-9453-MWF (ASx)**         **Date:  February 14, 2019**

Title:      Mon Cheri Bridals, LLC v. Cloudflare, Inc., et al.

no later than **February 27, 2019**, also addressing the appropriateness of the Motion to Transfer in light of the FAC.  The hearing remains set for **March 4, 2019.**

The Court will address the response date for the FAC at the hearing on the Motion to Transfer.

IT IS SO ORDERED.