ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC and MAGGIE SOTTERO DESIGNS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; and DOES 1–500, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-09453-MWF-AS<br><br>**STIPULATION CONCERNING CLOUDFLARE'S MOTION TO TRANSFER THE CASE (DKT. 24)**<br><br>Date:     March 4, 2019<br>Time:    10:00 a.m.<br>Ctrm.:    5A<br>Judge:   Hon. Michael W. Fitzgerald |

On February 14, 2019, the Court entered a minute order asking whether Cloudflare, Inc.'s motion to transfer the case to the Northern District of California for the convenience of parties and witnesses (Dkt. 24) remains appropriate considering the amended complaint that Plaintiffs Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC (Dkt. 28) filed on February 6, 2019. The Court also ruled that Cloudflare's motion to dismiss the original complaint (Dkt. 23) was moot

in light of Plaintiffs' amended complaint. The parties conferred following the Court's order and hereby stipulate as follows:

1. Plaintiffs' amended complaint does not affect the issues in Cloudflare's motion to transfer this case, and the amendments do not warrant further briefing by either party on the motion to transfer the case.

2. With the filing of Cloudflare's reply, which Cloudflare submits contemporaneously with this stipulation, all briefing on the motion will be complete.

Dated: February 21, 2019         FENWICK & WEST LLP

                                 By: */s/Andrew P. Bridges*
                                     Andrew P. Bridges
                                     Armen N. Nercessian
                                     Meghan E. Fenzel

                                 Attorneys for Defendant
                                 CLOUDFLARE, INC.

Dated: February 21, 2019         OWENS & GACH RAY

                                 By: */s/ Robert B. Owens*
                                     Robert B. Owens

                                 Attorneys for Plaintiffs
                                 MON CHERI BRIDALS, LLC and
                                 MAGGIE SOTTERO DESIGNS, LLC

## **ATTESTATION**

I hereby attest that I have obtained the concurrence in the filing of this document from the signatory whose "conformed" signature (/s/) appears within this e-filed document.

Dated: February 21, 2019       By: */s/ Andrew P. Bridges*
                                   Andrew P. Bridges

**CERTIFICATE OF SERVICE**

I certify that on, February 21, 2019, I caused the Court's CM/ECF electronic filing system to serve this document upon all counsel of record.


By: /s/ Andrew P. Bridges
Andrew P. Bridges