UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-9453-MWF(ASx)**                              Dated: **March 4, 2019**

Title:    Mon Cheri Bridals, LLC et al -*v*- Cloudflare, Inc. et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Robert B. Owens                                                Andrew P. Bridges

**PROCEEDINGS:    MOTION TO DISMISS [23]; MOTION TO TRANSFER [24]**

Case called, and counsel make their appearance.

The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

IT IS SO ORDERED.

Initials of Deputy Clerk   Rs

-1-                                   : 06 min